IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VITALY FARGESEN,**

*Petitioner*,

v.  Case No.: 3:25cv1018-MW/MAL

**WARDEN FCI PENSACOLA,**

*Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 1, is summarily **DISMISSED** under Rule 4 of the Rules Governing Section 2254 Cases." The Clerk shall close the file.

**SO ORDERED on August 20, 2025.**

s/Mark E. Walker           
**United States District Judge**